USDC SCAN INDEX SHEET

















RYC    9/22/05    13:53

3:05-CV-01662    QUALCOMM INC V. BROADCOM CORPORATION

*29*

*O.*

05 SEP 21 AM 9: 25

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br>v.<br>BROADCOM CORPORATION,<br><br>Defendants. | Civil No: 05CV1662-B(BLM)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE AND RESCHEDULING HEARING DATE** |

On September 2, 2005, Defendant Broadcom Corporation filed an *Ex Parte* Application for an Order Shortening Time, pursuant to Civil Local Rule 7.1.e.5, for hearing and schedule for filing papers on its Notice of Motion and Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, or alternatively, its Motion to Stay Pending Resolution of a Prior Pending Case. On September 6, 2005, the Court rejected the *Ex Parte* application and informed both parties that the Court will hear Plaintiff Qualcomm's Application for a Preliminary Injunction and Defendant Broadcom's

1 | Motions to Dismiss, or in the alternative, Motion to Stay on October 3, 2005. On
2 | September 2, 2005, Defendant Broadcom Corporation also moved, pursuant to Civil Local
3 | Rule 7.1.G.2, to continue the briefing and hearing on Plaintiff Qualcomm's Application for
4 | a Preliminary Injunction to Enforce Forum Selection Agreement until after the Court
5 | decided Broadcom's motions. Because the Court desires to hear all of these motions on the
6 | same day, the Court hereby **DENIES** Defendant Broadcom's Motion to Continue pursuant
7 | to Civil Local Rule 7.1.G.2.

The motions for this case, currently scheduled to be heard on October 3, 2005, are hereby rescheduled to **Friday, October 7, at 9 a.m.** in Courtroom Two.

**IT IS SO ORDERED**

Dated: 9-20-05

HON: RUDI M. BREWSTER
United States Senior District Judge

cc: Hon. Barbara L. Major
    United States Magistrate Judge

    All Counsel of Record

05CV1662