ROBERT S. BREWER, JR. (SBN 65294)
JAMES S. McNEILL (SBN 201663)
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA  92101
Telephone:  (619) 595-5400
Facsimile:  (619) 595-5450

WILLIAM F. LEE (admitted *pro hac vice*)
RICHARD W. O'NEILL (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

JAMES L. QUARLES III (admitted *pro hac vice*)
THOMAS P. OLSON (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

MARK D. SELWYN (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Defendant/Counterclaimant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>         Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>         Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  05 CV 1662 B (AJB)<br><br>**BROADCOM CORPORATION'S *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

McKenna Long & Aldridge LLP
Attorneys At Law
San Diego

APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL

05 CV 1662 B (AJB)

1     Broadcom Corporation hereby applies to this Court for leave to file under seal pursuant to Protective Order paragraph 10, Broadcom Corporation's Letter Brief to Magistrate Judge Battaglia on Various Discovery Disputes and the exhibits filed in support thereof.

    Under Protective Order paragraph 10, the parties may file, with the Court's permission, confidential documents under seal. Broadcom's Letter Brief and Exhibit A to the letter brief contains information marked by Qualcomm Incorporated as containing confidential and proprietary information.

    WHEREFORE, Broadcom respectfully requests that the Court permit Broadcom to file the documents under seal.

Respectfully submitted,

Dated: December 20, 2006     MCKENNA LONG & ALDRIDGE LLP

WILMER CUTLER PICKERING
  HALE AND DORR LLP

s/ James S. McNeill
    James S. McNeill

Attorneys for Defendant/Counterclaimant
Broadcom Corporation
E-mail: jmcneill@mckennalong.com