```
                                                    FILED
                                                 07 FEB 27  AM 10: 51
                                                 CLERK, U.S. DISTRICT COURT
                                                 SOUTHERN DISTRICT OF CALIFORNIA

                                                 BY:  _____   DEPUTY
```

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>         Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>         Defendant. | No.: 05-CV-1662 B (AJB)<br>No.: 06-CV-692B (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:  The Honorable Rudi M. Brewster |
| BROADCOM CORPORATION,<br><br>         Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>         Counterdefendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), the parties have jointly moved to dismiss all claims and counterclaims in these actions with prejudice, with each party bearing its own costs and fees. This dismissal specifically includes 05-CV-1662 B (AJB) ("the 1662 case") and 06-CV-692 B (AJB) that was consolidated with the 1662 case by Order of this Court dated April 12, 2006. The motion is GRANTED.

IT IS SO ORDERED.

Dated: 2-26-07

The Honorable Rudi M. Brewster
UNITED STATES DISTRICT COURT JUDGE